No. 00–10117. MILLIGAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10119. SIDDIQUI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10122. RIOS-PENA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10124. SIMMONS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–10129. STEPHENSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10130. LOVE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10137. CASTILLO v. UNITED STATES; GUTIERREZ-GUTIERREZ v. UNITED STATES; MUNIZ-DE LA TORRE v. UNITED STATES; POLANCO-SALAS v. UNITED STATES; REYNA-BRECEDA v. UNITED STATES; RIOS-HERNANDEZ v. UNITED STATES; and RIOS-ROSAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 250 F. 3d 742.

No. 00–10141. ROGERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10143. VALENCIA-MERAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10150. LUNA-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10151. SCHAEFER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10155. BUTLER, AKA BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–10159. MAXWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10161. KEELING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.